UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

VICTOR WHITE, SR. AND                          CIVIL DOCKET NO: 6:15-CV-00504
VANESSA WHITE
                    **Plaintiff**

VERSUS                                         JUDGE REBECCA F. DOHERTY

LOUIS M. ACKAL, SHERIFF
OF IBERIA PARISH, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY,
JUSTIN ORTIS, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY
AND THEIR INSURANCE COMPANY XYZ
                    **Defendants**

MAGISTRATE JUDGE PATRICK HANNA

**MOTION/ NOTICE OF STIPULATION OF DISMISSAL
PURSUANT TO RULE 41 (a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsels, comes both parties in

accordance with a status conference held on October 7, 2015, move that the

above plaintiffs are named as party plaintiffs in a previously filed suit entitled

"SHANDELL MARIE BRADLEY TUTRIX ON BEHALF OF HER MINOR

CHILD, AJW VS LOUIS M. ACKAL, SHERIFF OF IBERIA PARISH

INDIVIDUALLY AND HIS OFFICEIAL CAPACITY ET AL civil action 6:15-

cv-00504 based on the same facts and cause of action. Therefore, stipulate

pursuant to Rule 41 (a)(1)(A)(i) that this suit 6:15-cv-00504 be dismissed

without prejudice.

WHEREFORE, in accordance with the October 7, 2015, status conference

1

**both parties PRAY that this suit 6:15 - cv- 00504  be dismissed without prejudice.**


**Respectfully Submitted:**


*/s/Carol D. Powell Lexing*

**Carol D. Powell Lexing**
**Attorney for Plaintiff**
**2485 Tower Drive, Ste. 6**
**Monroe, Louisiana 71201**
**Telephone: (318) 324-0700**
**Facsimile: (318) 324-0702**
**Email: legaldove2@yahoo.com**
**Bar Roll No. 21033**


**CERTIFICATE OF SERVICE**

**I hereby certify that a copy of the above and foregoing Motion for Extension and a**

**Motion Effecting Service was filed electronically with the Clerk of Court using**

**CM/ECF system.  Notice of this filing will be sent to all counsel of record by**

**operation of the Court's electronic filing system on the 2nd  day of December, 2015.**


*/s/ Carol D. Powell Lexing*

**CAROL D. POWELL LEXING**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

VICTOR WHITE, SR. AND        CIVIL DOCKET NO: 6:15-CV-00504
VANESSA WHITE

**Plaintiff**

VERSUS                          JUDGE REBECCA F. DOHERTY

LOUIS M. ACKAL, SHERIFF
OF IBERIA PARISH, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY,
JUSTIN ORTIS, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY
AND THEIR INSURANCE COMPANY XYZ
            **Defendants**

           MAGISTRATE JUDGE PATRICK HANNA

## ORDER

Considering the foregoing Motion/Notice of Stipulation of Dismissal Pursuant to

Rule 41 (a)(1)(A)(i):

    IT IS ORDERED that this suit 6:15 –cv-00504 be dismissed without prejudice.

    THUS DONE AND SIGNED THE ____day of December, 2015.


          _____
          UNITED STATES DISTRICT JUDGE