RECEIVED

DEC - 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VICTOR WHITE, SR. AND VANESSA WHITE | CIVIL DOCKET NO: 6:15-CV-00504 |
| Plaintiff | |
| VERSUS | JUDGE REBECCA F. DOHERTY |
| LOUIS M. ACKAL, SHERIFF OF IBERIA PARISH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, JUSTIN ORTIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND THEIR INSURANCE COMPANY XYZ | |
| Defendants | MAGISTRATE JUDGE PATRICK HANNA |

### ORDER

Considering the foregoing Motion/Notice of Stipulation of Dismissal Pursuant to Rule 41 (a)(1)(A)(i):

IT IS ORDERED that this suit 6:15 –cv-00504 be dismissed without prejudice.

THUS DONE AND SIGNED THE 7th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

3